IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DEAN SHEETS,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>        Respondent. | No. 2:21-CV-0301-DMC-P<br><br>ORDER |

        Petitioner, a prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. Pending before the Court is Petitioner's motion for leave to proceed in forma pauperis, ECF No. 5. Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that Petitioner is unable to prepay fees and costs or give security therefor.

        Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for leave to proceed in forma pauperis, ECF No. 5, is granted.

Dated: May 26, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1